**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1568**

JESSIE B. HAYES,

             Plaintiff - Appellant,

       v.

JACK POTTER, Postmaster General US Postal Service; POSTMASTER,
Mount Pleasant Post Office, Mount Pleasant, SC,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:07-cv-00825-DCN)

Submitted:  February 28, 2008         Decided:  March 3, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jessie B. Hayes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie B. Hayes appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing her complaint alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hayes v. Potter, No. 2:07-cv-00825-DCN (D.S.C. June 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED